**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 18-6576**

SUNDARI K. PRASAD,

       Plaintiff - Appellant,

    v.

FOXMORE PROCESS SERVERS; MICHAEL FOXMORE, Owner of Foxmore Servers,

       Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  M. Hannah Lauck, District Judge.  (3:17-cv-00041-MHL-RCY)

Submitted:  July 19, 2018                        Decided:  July 24, 2018

Before WILKINSON, MOTZ, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Sundari K. Prasad, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sundari K. Prasad appeals the district court's order dismissing her 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. §§ 1915(e)(2)(B), 1915A(b)(1) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Prasad v. Foxmore Process Servers*, No. 3:17-cv-00041-MHL-RCY (E.D. Va. May 9, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*